UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR, | |
| Plaintiff, | 24-CV-1065 (LTS) |
| -against- | ORDER OF DISMISSAL |
| BUNCH OF SMALL SHEETS, | UNDER 28 U.S.C. § 1651 |
| Defendants. | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

On January 25, 2024, Plaintiff was barred from filing any new action *in forma pauperis* ("IFP") without first obtaining from the court leave to file. *See Moshir v. I.G.P.P. U.S.A. Inc.*, ECF 1:23-CV-9902, 6 (S.D.N.Y. Jan. 25, 2024). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the January 25, 2024 order.

Plaintiff remains warned that continued submission of frivolous documents may result in the imposition of additional sanctions, including monetary penalties. *See* 28 U.S.C. § 1651.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment in this action.

The Court also directs the Clerk of Court to provide a copy of this order and appeal instructions to Plaintiff should he appear, in person, at the court's Pro Se Intake Unit's window.

SO ORDERED.

Dated:   February 14, 2024
        New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                       Chief United States District Judge