UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AL MOSHIR,<br><br>                              Plaintiff,<br><br>         -against-<br><br>BUNCH OF SMALL SHEETS,<br><br>                              Defendants. | 24-CV-1065 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the February 14, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  February 14, 2024
         New York, New York

                          /s/ Laura Taylor Swain
                          LAURA TAYLOR SWAIN
                    Chief United States District Judge